# United States Bankruptcy Court
## Northern District of Mississippi

In re  **Elmer L. Richardson**                                                         Case No.  **19-10614**
Debtor(s)                                                           Chapter  **13**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

  1. Gross Income For 12 Months Prior to Filing:                    $    **13,000.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

  2. Gross Monthly Income                                            $    **500.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

  3. Net Employee Payroll (Other Than Debtor)                        $    **0.00**
  4. Payroll Taxes                                                        **0.00**
  5. Unemployment Taxes                                                   **0.00**
  6. Worker's Compensation                                                **0.00**
  7. Other Taxes                                                          **83.00**
  8. Inventory Purchases (Including raw materials)                        **0.00**
  9. Purchase of Feed/Fertilizer/Seed/Spray                               **200.00**
  10. Rent (Other than debtor's principal residence)                      **0.00**
  11. Utilities                                                           **0.00**
  12. Office Expenses and Supplies                                        **0.00**
  13. Repairs and Maintenance                                             **600.00**
  14. Vehicle Expenses                                                    **0.00**
  15. Travel and Entertainment                                            **0.00**
  16. Equipment Rental and Leases                                         **0.00**
  17. Legal/Accounting/Other Professional Fees                            **0.00**
  18. Insurance                                                           **0.00**
  19. Employee Benefits (e.g., pension, medical, etc.)                    **0.00**
  20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

   DESCRIPTION                                                    TOTAL

  21. Other (Specify):

   DESCRIPTION                                                    TOTAL

  22. Total Monthly Expenses (Add items 3-21)                       $    **883.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

  23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)     $    **-383.00**