___



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

ELMER L. RICHARDSON           BANKRUPTCY NO. 19-10614-JDW
                              CHAPTER 13
   DEBTOR

### AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION [#14]

Before the Court is the Objection to Confirmation of Chapter 13 Plan filed by the United States of America-Farm Service Agency ("FSA") [#14].   The parties have reached an agreement that resolves FSA's objection as follows:

1.  The Debtor has a direct operating loan (44-01) with a prepetition arrearage of $4,672.00 and a direct farm ownership loan (41-02) with a prepetition arrearage of $23,904.00. The total arrearage of $28,576.00 shall be paid in monthly installments to FSA through the Debtor's Chapter 13 Plan over the term of the plan.

2.  The Debtor will owe ongoing annual payments of $4,636.00 each for FSA's secured claim for direct operating loan (44-01) in 2020 and 2021 (total of $9,272.00 over 60 month plan). The total amount of ongoing payments owed over the life of the Chapter 13 Plan for direct operating loan (44-01) shall be paid through the Debtor's Chapter 13 Plan with a monthly

payment of $154.53.

    3.    The Debtor will owe ongoing annual payments of $11,952.00 for FSA's secured claim for direct farm ownership loan (41-02) during the term of the Chapter 13 Plan. The annual payments due for direct farm ownership loan (41-02) during the term of the Debtor's Chapter 13 Plan shall be paid in equal monthly installments of $996.00 through the Debtor's Chapter 13 Plan.

    4.    Should the monthly payments due to FSA under the confirmed Chapter 13 Plan become more than forty-five (45) days delinquent, FSA will be authorized to seek relief from the automatic stay in order to seek collection of all amounts owed to FSA as provided for in the Promissory Notes, Security Agreements, Deed(s) of Trust, Farm Product Filing Financing Statements, and UCC Financing Statements.

    5.    The Debtor's Chapter 13 Plan shall be amended in accordance with this Agreed Order.

##END OF ORDER##

PREPARED BY AND AGREED TO:

/s/ SAMUEL D. WRIGHT
SAMUEL D. WRIGHT, MB #101425
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
Tel: (662) 234-3351
Samuel.Wright@usdoj.gov
  For USDA-Farm Service Agency

AGREED TO:

/s/   JIMMY E. MCELROY
by SDW with permission
JIMMY E. MCELROY, MB# 2540
3780 Mendenhall
Memphis, TN 38115
Tel: 901-363-7283
mcelroylawms@hotmail.com
   Counsel for Debtor