# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:

Elmer L. Richardson,                     Case No. 19-10614-JDW
                                         Chapter 13
Debtor.

## MOTION FOR PERMISSION TO BORROW

Comes now the debtor, by and through counsel, and hereby moves the Court for permission to borrow money for the purpose of purchasing an 18-wheeler and to make the payments outside the plan. In support of said motion, Debtor would show unto the Court that his current truck was involved in an accident, and he is surrendering it to the lienholder. Debtor is a truck driver by trade and is in need of another truck to earn his living. Debtor wishes to purchase an 18-wheeler in the amount that will not exceed $30,000.00, and the monthly payments on the loan shall not exceed $800.00.

WHEREFORE, Debtor prays that the Court enter an order for permission to borrow money for the purpose of purchasing an 18-wheeler, and that the Chapter 13 Trustee modify the plan accordingly.

Respectfully submitted,

/s/Jimmy E. McElroy #2540
Attorney for Debtor
3780 S. Mendenhall
Memphis, Tennessee 38115

Certificate of Service
The undersigned certifies that the above motion was mailed VIA United States Postal Service or electronically noticed to all parties listed below on June 24, 2019.

/s/Jimmy E McElroy

Elmer Richardson, 4685 Barn Acre Road, Sardis, MS 38666
Chapter 13 Trustee - sbeasley@barkley13.com
US Trustee - USTPRegion05.AB.ECF@usdoj.gov
All Entities on Matrix (see attached)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In Re:

Elmer L. Richardson,   Case No. 19-10614-JDW
   Chapter 13
Debtor.

### ORDER FOR PERMISSION TO BORROW (Dkt.  )

This cause came before the Court on a motion by Debtor(s) for permission borrow money for the sole purpose of purchasing an 18-wheeler. It appeared that after notice to all interested parties, there was no objection to same, and the Court finds as follows:

The debtor is granted permission to purchase an 18-wheeler for an amount not exceed $30,000.00, and the monthly payments on the loan shall not exceed $800.00. The debtor is to make the payments directly to the creditor.

##END OF ORDER##

AGREED:

/s/ Jimmy E. McElroy MSB #2540
Attorney for Debtor
3780 S. Mendenhall Road
Memphis, TN 38115
(901) 363-7283
mcelroylawms@hotmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 19-10614-JDW<br>Northern District of Mississippi<br>Aberdeen<br>Mon Jun 24 09:57:24 CDT 2019 | Locke D. Barkley<br>6360 I-55 North<br>Suite 140<br>Jackson, MS 39211-2038 | Rebecca Guion Burton<br>P.O. Box 320001<br>Flowood, MS 39232-0001 |
| Capital One<br>P.O. Box 85149<br>Richmond, VA 23295-0001 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cenlar<br>P.O. Box 77404<br>Trenton, NJ 08628-6404 |
| Cenlar FSB<br>Parker Proctor, Wilson & Associates PLLC<br>232 Market Street<br>Flowood, MS 39232-3339 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Dillards<br>P.O. Box 5132<br>Sioux Falls, SD 57117-5132 |
| ED Financial<br>P.O. Box 36008<br>Knoxville, TN 37930-6008 | Edfinancial on behalf of US Dept. of Educati<br>120 N. Seven Oaks Dr.<br>Knoxville, TN 37922-2359 | Farm Service Agency<br>175 Broome Ridge Road #A<br>Batesville, MS 38606-3040 |
| Frederick Guice<br>1189 Askew Lane<br>Edwards, MS 39066-9789 | Jimmy E. McElroy<br>3780 S. Mendenhall<br>Memphis, TN 38115-0886 | Ollo<br>P.O. Box 92222<br>Old Bethpage, NY 11804 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Panola County Chancery Clerk<br>151 Public Sq. #B<br>Batesville, MS 38606-2298 | (p)PANOLA COUNTY TAX COLLECTOR<br>151 PUBLIC SQUARE SUITE C<br>BATESVILLE MS 38606-2299 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Parker Alan Proctor Jr.<br>232 Market Street<br>Flowood, MS 39232-3339 | Regions Bank<br>P.O. Box 10063<br>Birmingham, AL 35202-0063 |
| Regions Bank<br>P.O. Box 11007<br>Birmingham, AL 35288-0001 | Renasant Bank<br>Cenlar FSB<br>Attn: Bankruptcy Department<br>425 Phillips Blvd.<br>Ewing, NJ 08618-1430 | Elmer L Richardson<br>4685 Barn Acre Road<br>Sardis, MS 38666-5200 |
| Santander Consumer USA<br>1601 Elm St., Ste. 800<br>Dallas, TX 75201-7260 | Santander Consumer USA Inc., successor in in<br>1027 Ninth Street<br>New Orleans, LA 70115-2357 | Statewide Federal Credit Union<br>295 E. Layfair Drive<br>Flowood, MS 39232-9527 |
| Synchrony<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | Synchrony<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 |

| | | |
|---|---|---|
| The Bureaus, Inc./Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P O Box 41021<br>Norfolk, VA 23541-1021 | (p)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | Tower Loan of Mississippi, LLC<br>P.O. Box 320001<br>Flowood, MS 39232-0001 |
| Tradition Auto Sales<br>137 N. MLK Drive<br>Indianola, MS 38751-2352 | U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 | USDA Farm Service Agency<br>c/o U.S. Attorney<br>900 Jefferson Avenue<br>Oxford, MS 38655-3608 |
| Gregory J. Walsh<br>The Sundmaker Firm, L.L.C.<br>1027 Ninth Street<br>New Orleans, LA 70115-2357 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Samuel D. Wright<br>900 Jefferson Ave.<br>Oxford, MS 38655-3608 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Panola County Tax Collector<br>151 Public Sq. #C<br>Batesville, MS 38606 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Tower Loan<br>P.O. Box 1647<br>Batesville, MS 38606 |

---

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Cenlar FSB | (d)Santander Consumer USA Inc.<br>1601 Elm St, Suite 800<br>Dallas, TX 75201-7260 | (d)Statewide Federal Credit Union<br>295 E. Layfair Drive<br>Flowood, MS 39232-9527 |
| (u)Tower Loan of Mississippi  LLC | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     4<br>Total                  42 | |