**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**
**ELMER L RICHARDSON**

**CHAPTER 13 NO:**

**19-10614-JDW**

4685 BARN ACRE ROAD
SARDIS, MS 38666

---

**NOTICE TO DEBTOR**

---

NOTICE is hereby given that your plan payment will change from    **$5,546.50    ( MONTHLY )**    to    **$4,315.50    ( MONTHLY )**    effective in **08/2019.**  Your plan payment is being remitted    **by your employer / direct / by automatic bank draft.**

The reason for the changes in your plan payment is:

_____    Due to a change in your monthly mortgage payment;

_____    Due to a claim being filed for a different amount than scheduled;

_____    Due to entry of an order;

\_\_XX\_\_    Other: \_\_2nd amended plan._____

If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

If you are paying **direct,**  please be aware that the Trustee  **DOES NOT**  accept personal checks. You can remit payments online through **https://tfsbillpay.com**  or mail guaranteed funds, in the form of a **cashier's check or money order**  with your **case number and last name** in the description line, to

   Locke D. Barkley
   P.O. Box 1859
   Memphis, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date:  6/25/2019

CC:    JIMMY E MCELROY & ASSOCIATES
          3780 S. MENDENHALL
          MEMPHIS, TN 38115-0000

Respectfully submitted,
LOCKE D. BARKLEY

/s/ Locke D. Barkley
CHAPTER 13 TRUSTEE

**CERTIFICATE OF SERVICE**

    I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  6/25/2019

/s/ Locke D. Barkley
LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE