

SO ORDERED,

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                               CHAPTER 13 CASE NO.:

ELMER L. RICHARDSON                             19-10614-JDW

### AGREED ORDER SUSTAINING
### OBJECTION TO CONFIRMATION OF SECOND AMENDED PLAN (DKT. #57)

THIS CAUSE came to be heard on the Objection to Confirmation of Second Amended Plan (Dkt. #57) (the "Objection") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee) and the Court having been advised that the parties have reached an agreement with respect to the Objection and that they desire to memorialize their agreement in this Agreed Order, the Court finds that the agreement of the parties is appropriate and should be set forth herein.  The Court does hereby order and adjudicate as follows:

1.      The Objection shall be and is hereby sustained.

2.      Confirmation of the Debtor's Second Amended Chapter 13 Plan (Dkt. #50) shall be and is hereby denied.

3.      This case shall be and is hereby dismissed.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN
ATTORNEY FOR TRUSTEE

/s/ Jimmy E. McElroy
JIMMY E. McELROY
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392